IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SMITHFIELD FOODS, INC., and
SMITHFIELD PACKING COMPANY,

Plaintiffs,

Civil Action No. 3:07CV641

v.

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION,
et als.,

Defendants.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

________________________________________

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

________________________________________

________________________________________

OR

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

________________________________________

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded such as LLCs or other closely held entities:

OR

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Research Associates of America in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have been issued shares or debt securities to the public.

Date: November 7, 2007

Respectfully submitted,

/s/
Paul W. Jacobs, II (VSB No.16815)
pjacobs@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel.: (804) 697-4100
Fax: (804) 697-4112
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas G. Slater, Jr., Esquire
tslater@hunton.com
Gregory B. Robertson, Esquire
grobertson@hunton.com
Kurt G. Larkin, Esquire
klarkin@hunton.com
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

/s/
Paul W. Jacobs, II (VSB No.16815)
pjacobs@cblaw.com
Attorney for Defendants
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel.: (804) 697-4100
Fax: (804) 697-4112

841298

2