IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SMITHFIELD FOODS, INC., and
SMITHFIELD PACKING COMPANY,

      Plaintiffs,

v.

                            Civil Action No. 3:07CV641

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION,
et al.,

      Defendants.

### DEFENDANTS' PROPOSED *VOIRE DIRE*

1. What books or magazines have you read recently?

2. What do you do in your free time?

3. Have you ever worked on a political campaign?

4. Are you active in your church or in a religious or community organization?

5. Have you seen a television account, or read anything in the paper about this case?

6. Have you ever heard of the Employee Free Choice Act?

7. Do you watch Paula Deen's television shows?

8. Do you watch Oprah Winfrey's television show?

9. Do you know any of your fellow prospective jurors?

10. Knowing what you do about case and any opinion or feelings you may have, would you be satisfied to be tried by a juror with your frame of mind?

Respectfully submitted,

_____/s/_____

| | |
|---|---|
| Robert Weinberg (DC 085530)* | Paul W. Jacobs, II (VSB No.16815) |
| W. Gary Kohlman (DC 177527)* | pjacobs@cblaw.com |
| Andrew Roth (DC 414038)* | Michael W. Smith (VSB No. 01125) |
| Robert Alexander (DC 465673)* | msmith@cblaw.com |
| Matthew Clash-Drexler (DC 477334)* | Warren David Harless (VSB No. 20816) |
| Bredhoff & Kaiser, P.L.L.C. | dharless@cblaw.com |
| 805 15th Street, NW, Suite 1000 | R. Braxton Hill, IV (VSB #41539) |
| Washington, DC  20005 | bhill@cblaw.com |
| Tel.:  202-842-2600 | Nichole Buck Vanderslice (VSB #42637) |
| Fax:  202-842-1888 | nvanderslice@cblaw.com |
| *Counsel for Defendants United Food and Commercial Workers International Union, Joseph Hansen, William McDonough, Patrick J. O'Neill, Gene Bruskin, Leila McDowell, Andrew L. Stern, and Tom Woodruff* | CHRISTIAN & BARTON, LLP |
| | 909 East Main Street, Suite 1200 |
| | Richmond, Virginia 23219 |
| | Tel.:  (804) 697-4100 |
| | Fax: (804) 697-4112 |
| *Admitted Pro Hac Vice | *Counsel for all Defendants* |
| | |
| Carey R. Butsavage (DC 265546)* | Robert F. Muse (DC 166868)* |
| Butsavage & Associates. P.C. | Robert L. Bredhoff (DC 338103)* |
| 1920 L Street, NW, Suite 301 | Joshua A. Levy (DC 475108)* |
| Washington, D. C. 20036 | STEIN, MITCHELL & MEZINES, LLP |
| Tel: 202-861-9700 | 1100 Connecticut Avenue, N.W. |
| Fax: 202-861-9711 | Suite 1100 |
| *Counsel for Defendants UFCW Local 400 and Jobs With Justice* | Washington, D.C.  20036 |
| | Tel:  (202) 737-7777 |
| *Admitted Pro Hac Vice | Fax: (202) 296-8312 |
| | *Counsel for Defendant Research Associates of America* |
| | *Admitted Pro Hac Vice |
| | |
| Patrick J. Szymanski (DC 269654)* | |
| General Counsel, Change to Win | |
| 1900 L Street, N.W., Suite 900 | |
| Washington, D.C.  20036 | |
| Tel.: 202-721-6035 | |
| Fax: 202-721-0661 | |
| *Counsel for Defendant Change to Win* | |
| *Admitted Pro Hac Vice | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas G. Slater, Jr.
  *tslater@hunton.com*
Gregory B. Robertson
  *grobertson@hunton.com*
Kurt G. Larkin
  *klarkin@hunton.com*
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Tel: 804-788-8200
Fax: 804-788-8218
*Counsel for Plaintiff Smithfield Foods Inc., and Smithfield Packing Company*


           /s/
Paul W. Jacobs, II (VSB #16815)
pjacobs@cblaw.com
Michael W. Smith (VSB #01125)
msmith@cblaw.com
Warren David Harless (VSB #20816)
wharless@cblaw.com
R. Braxton Hill, IV (VSB #41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB #42637)
nvanderslice@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel.: (804) 697-4100
Fax: (804) 697-4112
*Counsel for the Defendants*